

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**IRIS R. WINEY**
*ACTING CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

December 22, 2006

**FILED**
JAN 08 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
DEC 28 2006
RICHARD W. W...
CLERK, U.S. DIST...
NORTHERN DISTRICT OF CALIFORNIA

The Honorable James Larson
Chief United States Magistrate Judge
San Francisco, California

Re:  Jonathan James Ormerod
     Docket No.: CR 06-0249-01 MAG
     TRAVEL REQUEST

Your Honor:

On August 3, 2006, the offender was sentenced by Your Honor to three years probation, for a violation of 36 C.F.R. § 1004.23(a)(1), Driving Under the Influence of Alcohol, a Class B misdemeanor. The following special conditions of supervision were ordered: Special assessment $10; fine $1000; maintain and provide proof of financial responsibility to the California Department of Motor Vehicles, and his U.S. Probation Officer; if asked to do so, submit to a chemical test of his blood, breath, or urine; and continue with the counseling he has undertaken, as deemed necessary. Supervision commenced on August 3, 2006. The offender is in full compliance with the terms and conditions of his probation.

On December 19, 2006, Mr. Ormerod submitted a travel request to the undersigned officer, seeking permission to travel to the country of India, between the dates of January 22, 2007 and February 7, 2007. He will be accompanied by his mother, Connie Ormerod, and his father, Ron Ormerod. The purpose of the trip is both tourism, and pilgrimage to a site of worship.

The undersigned respectfully recommends that travel be approved.

Respectfully submitted,

*Jennifer J. James*
Jennifer J. James
U.S. Probation Officer Specialist

Reviewed by:

*James M. Schloetter*
James M. Schloetter
Supervisory U.S. Probation Officer

NDC-SUPV-049 11/14/05

Jonathan James Ormerod  Page 2
CR 06-0249-01 MAG

Travel is:
☒ Approved
☐ Denied

_1-8-07_
Date

*James Larson*
James Larson
Chief United States Magistrate Judge

NDC-SUPV-049 11/14/05